No. 11–9308. KIDD v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 11–9310. THOMPSON v. BROWN, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–9311. WOLF v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9318. ROSS v. CHAPMAN, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 11–9321. CHANDLER v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 11–9324. RICHARDSON v. DAYTON PUBLIC SCHOOLS ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–9328. DRAKE v. CITY OF LOVELOCK, NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 11–9337. SURABIAN ET AL. v. RESIDENTIAL FUNDING CO., LLC, FKA RESIDENTIAL FUNDING CORP. C. A. 1st Cir. Certiorari denied.

No. 11–9338. WHITMORE v. LOUISIANA. Ct. App. La., 2d Cir. Certiorari denied.

No. 11–9341. CONLEY v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 11–9343. BOWMAN v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–9347. TRAYLOR v. BUSBY, ACTING WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9354. LIGHT v. MARTEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9355. KOCH v. GREGORY ET AL. C. A. 7th Cir. Certiorari denied.